**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Deborah Swan | 4:25-cv-02799 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Deputy W. Shileds | Complaint, Order, Summons |

RECEIVED
UNITED STATES MARSHAL
2025 JUN 17 PM 12:56
SOUTHERN DIST. S/TX

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deputy W. Shileds

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Montgomery County Constable Precinct 3

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nathan Ochsner
U.S Clerk of Court
P.O. Box 61010
Houston, TX 77208

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Montgomery County Constable Precinct 3 is located at 1520 Lake Front Circle, Suite 200, The Woodlands, Texas 77380

Signature of Attorney other Originator requesting service on behalf of:
[x] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 713-250-5426
DATE: 6/17/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 79 | 79 | Karyn Flores | 6/17/25 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Daniel Plake, Attorney

Date: 7/1/25
Time: 8:38 [x] am [ ] pm

Signature of U.S. Marshal or Deputy: [signature]

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Served via email.
Service Fee: $65.00
See attached email confirmation

United States Courts
Southern District of Texas
FILED
*July 02, 2025*
Nathan Ochsner, Clerk of Court

Form USM-285
Rev. 03/21

Civil Action No. 4:25-cv-2799

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Daniel Plake, attorney , who is
designated by law to accept service of process on behalf of *(name of organization)* Deputy W. Shields
_____ on *(date)* 7/1/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ ___0___ for travel and $ $65.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/1/25

Shanna M Nelson
*Server's signature*

Shanna M. Nelson, RUSM
*Printed name and title*

515 Rusk Houston, TX 77002
*Server's address*

Additional information regarding attempted service, etc:

# Nelson, Shanna (USMS)

| | |
|---|---|
| **From:** | Plake, Daniel |
| **Sent:** | Tuesday, July 1, 2025 8:38 AM |
| **To:** | Nelson, Shanna (USMS) |
| **Cc:** | Gonzalez, Sara; Plake, Daniel |
| **Subject:** | [EXTERNAL] RE: Federal Summons- 4:25-cv-02799- Deputy Walter Shileds |

Deputy Nelson,

Deputy Shields authorized me to accept service for him in this matter via email.

Thank you,


Daniel Plake
Assistant County Attorney
Chief - Litigation Section

B. D. Griffin
County Attorney Montgomery County, Texas
501 N. Thompson, Suite 300
Conroe, TX 77301
Telephone: 936 539 7828
Direct line: 936 539 7992
Facsimile: 936 760 6920



-----Original Message-----
From: Nelson, Shanna (USMS)
Sent: Monday, June 23, 2025 12:30 PM
To: Plake, Daniel
Subject: [External] Federal Summons- 4:25-cv-02799- Deputy Walter Shileds

CAUTION: This email originated from outside of Montgomery County, Texas! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!

Good afternoon Mr. Plake,

Attached is a federal summons for Deputy W. Shileds, can you please accept it on his behalf? Please respond "accepted".


Thank you,

Deputy Shanna Nelson
USMS Civil Division

1