United States Courts
Southern District of Texas
FILED

JUL 2 1 2025

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**DEBORAH SWAN,**
Plaintiff,

v.

**DEPUTY W. SHIELDS**, Individually and in his Official Capacity, and
**MONTGOMERY COUNTY, TEXAS,**
Defendants.

## CIVIL ACTION NO. 4:25-cv-02799

---

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY USING CM/ECF

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Deborah Swan, appearing pro se in the above-captioned matter,

respectfully moves the Court for permission to file, receive, and serve documents

electronically through the Court's Case Management/Electronic Case Files

("CM/ECF") system, and in support thereof states as follows:

---

## I. BACKGROUND

Plaintiff is proceeding without counsel in this civil rights action brought under 42

U.S.C. § 1983. Plaintiff has thus far submitted filings in compliance with the

Federal Rules of Civil Procedure and the Local Rules of this Court but has encountered delays and inefficiencies related to physical filing and service.

Access to the Court's electronic filing system would greatly improve Plaintiff's ability to comply with court deadlines, respond promptly to filings, and serve documents efficiently on counsel for Defendants, who are electronically registered.

## II. AUTHORITY AND ARGUMENT

**Federal courts have the discretion to allow CM/ECF access** upon request and demonstration of capability and good cause. See:

- **Fed. R. Civ. P. 5(d)(3)(B)** – "A pro se litigant may file electronically only if allowed by court order or by local rule."

- **Fed. R. Civ. P. 1** – Encourages the "just, speedy, and inexpensive determination of every action."

- **Local Rule 5.1 of the Southern District of Texas** requires leave of court for pro se CM/ECF access.

Numerous courts have found it appropriate to grant such access when requested:

> "Where a pro se litigant demonstrates the ability to use the CM/ECF system responsibly, courts routinely grant such access."
> *Wamsley v. State Farm Fire & Cas. Co.,* No. 2:21-CV-2259, 2021 WL 3477471, at *1 (E.D. La. Aug. 6, 2021).

> "Because the plaintiff has demonstrated both a need and the technical ability to e-file, the motion is granted."

*Jones v. Phipps,* No. 1:19-cv-1181, 2020 WL 520338, at *1 (N.D. Ill. Jan. 31, 2020).

Plaintiff affirms that she has reliable internet access, a valid email address, and the technical capacity to file and receive documents through CM/ECF in accordance with the Court's rules and procedures.

## III. REQUESTED RELIEF

Plaintiff respectfully requests an order from this Court:

1. Granting her **permission to electronically file documents** in this case using the Court's CM/ECF system;

2. Directing the Clerk of Court to provide Plaintiff with the appropriate CM/ECF access credentials upon approval.

## IV. CONCLUSION

Allowing Plaintiff CM/ECF access will reduce delay, promote efficiency, and ensure equal footing in the management of this case. Plaintiff respectfully requests that this motion be granted.

**Respectfully submitted,**
**/s/ Deborah Swan**
Deborah Swan
Plaintiff, Pro Se
Dated: July 18, 2025

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, a true and correct copy of the foregoing

**Motion for CM/ECF Access** was served on all counsel of record via by email.

**/s/ Deborah Swan**