# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

**DEBORAH SWAN,**
Plaintiff,

**CIVIL ACTION NO. 4:25-cv-02799**

V.

**DEPUTY W. SHIELDS,** Individually and in his Official Capacity, and
**MONTGOMERY COUNTY, TEXAS,**
Defendants

---

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day, the Court considered **Defendants' Motion to Dismiss for Failure to State a Claim** and **Plaintiff's Response in Opposition**, along with all supporting exhibits and the record in this matter. Having reviewed the briefing and applicable law, the Court finds that Defendants' motion should be, and hereby is, **DENIED.**

It is therefore **ORDERED** that:

1. **Defendants' Motion to Dismiss** is **DENIED in its entirety;**

2. Plaintiff's claims shall proceed to discovery and further adjudication;

3. The Court takes **judicial notice** of the law enforcement meaning and application of radio code **"10-96"** as described in Plaintiff's Request for Judicial Notice;

4. The Court will enter a **scheduling order** consistent with the Federal Rules of Civil Procedure; and

5. All other relief not expressly granted is **DENIED.**

It is so ORDERED.

SIGNED on this 21st day of July, 2025.

## CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2025,** a true and correct copy of the foregoing **[Proposed] Order Denying Defendants' Motion to Dismiss** was served on all counsel of record through the Court's by email, which provides notice to all registered participants.

**/s/ Deborah Swan**

Deborah Swan