United States Courts
Southern District of Texas
FILED

JUL 2 9 2025

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**DEBORAH SWAN,**
Plaintiff,

v.

**DEPUTY W. SHIELDS,** Individually and in his Official Capacity, and
**MONTGOMERY COUNTY CONSTABLE PRECINCT 3,**
Defendants.

### CIVIL ACTION NO. 4:25-cv-02799

---

## PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff Deborah Swan, appearing pro se, respectfully requests that the Clerk issue

a summons for service on the following Defendant:

**Montgomery County Constable Precinct 3**
c/o Constable Ryan Gable
1520 Lake Front Circle
The Woodlands, TX 77380

Plaintiff proceeds in forma pauperis, and therefore requests that the U.S. Marshals

Service be directed to serve the summons and complaint on the above-named

Defendant pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3).

Dated: July 28, 2025
/s/ Deborah Swan
Plaintiff, Pro Se