**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DEBORAH SWAN** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-02799** |
| | § | |
| **DEPUTY WATER SHIELDS,** *et* | § | |
| | § | |
| *al.*, | § | |
| | § | |
| **Defendants.** | | |

**ORDER**

Before the Court is pro se Plaintiff Deborah Swan's Motion for Reconsideration of Order Denying Electronic Filing Access. ECF No. 17. The Motion is **DENIED**. Plaintiff is directed to refer to the Guidelines for Litigants Without Lawyers.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 29, 2025.

_____
Keith P. Ellison
United States District Judge