United States Courts
Southern District of Texas
FILED

AUG 15 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

DEBORAH SWAN,

Plaintiff,

v.                                                          Civil Action No. 4:25-cv-02799

DEPUTY W. SHIELDS, Individually and in His Official Capacity;
MONTGOMERY COUNTY CONSTABLE PRECINCT 3;
MONTGOMERY COUNTY, TEXAS,
Defendants.

___ **Plaintiff's Supplemental Pleading to Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(d)** ___

**TO THE HONORABLE COURT:**

Plaintiff **Deborah Swan**, proceeding pro se, files this Supplemental Pleading to her Second Amended

Complaint ("SAC") pursuant to **Fed. R. Civ. P. 15(d)**, to set forth additional facts and documentary

evidence discovered or confirmed after filing the SAC, and in direct rebuttal to Defendants' Motion to

Strike (Doc. 27).

## Notice Regarding Scope of Evidence

Plaintiff states that the evidence provided in this Supplemental Pleading represents **only a portion** of the

documentary and testimonial evidence in her possession. Additional relevant evidence will be disclosed

and produced in accordance with the Federal Rules of Civil Procedure during the discovery process. This

supplementation is submitted solely to rebut Defendants' assertion that the SAC is "factually deficient"

and is not intended as a complete evidentiary proffer.

## I. PURPOSE OF SUPPLEMENT

1. Plaintiff is **not required** to attach evidence to her pleadings (*Johnson v. City of Shelby*, 574 U.S. 10, 11 (2014)), but submits this supplemental pleading to place certain exhibits into the record to prevent Defendants from continuing to mischaracterize the SAC as "factually deficient."

2. These facts directly relate to the allegations in ¶¶ **11–22, 16–18, and 29–30** of the SAC.

## II. SUPPLEMENTAL FACTS

3. On May 21, 2024, Montgomery County Sheriff's Office Detective **Jeffery Durrenberger** reviewed Plaintiff's description of the IP address evidence, names, addresses, and physical trackers, and confirmed in writing that the described conduct constitutes a **third-degree felony under Texas Penal Code § 42.072 (Stalking)**. He instructed Plaintiff to preserve all evidence, organize it into a packet including IP logs, physical trackers, and related documents, and provide it to law enforcement for investigation. **(Ex. A).** This evidence — corroborated by a law enforcement officer — confirms the factual basis of Plaintiff's allegations.

4. Shields' absence from the welfare check, his later fabrication of dispatch records, and the coordination between Shields and a neighbor linked to repeated unauthorized access to Plaintiff's accounts, collectively demonstrate a deliberate pattern of retaliatory conduct and abuse of law enforcement authority in violation of Plaintiff's constitutional rights under the First, Fourth, and Fourteenth Amendments.

5. **Official call detail records** (Ex. E) show that at **11:48 AM** on June 7, 2024, Shields was at **1326 Castlemist Drive** when he contacted dispatch to request a mental health officer respond to Plaintiff's home.

6. During the welfare check described in the SAC, Defendant **Deputy Walter Shields** was **not present** at Plaintiff's residence. Evidence confirms Shields was at the residence of **Cynthia**

**Griffith**, located at **1326 Castlemist Drive**, while the mental health officer (Deputy Holman) was at Plaintiff's home conducting the check.

7. The **1326 Castlemist Drive** address is documented in Plaintiff's device security logs as a repeated source — recorded **hundreds of times** — of unauthorized IP connections access to Plaintiff's accounts.

8. At **12:31 PM**, Deputy Harry Holman arrived at Plaintiff's residence, remained until **1:03 PM**, and determined Plaintiff exhibited no signs of mental health crisis. **(Ex C)**

9. The transcript of the June 7, 2024 welfare check between Plaintiff and Deputy Holman **(Ex. D)** confirms that Holman made no finding of mental health crisis, did not classify Plaintiff as a Code 10-96, and did not observe any signs of "political delusions." The transcript further confirms Plaintiff's report of ongoing unlawful access to her private accounts and her possession of supporting metadata. This directly contradicts the later false dispatch entry made by Shields, who was not present during the welfare check.

10. **After Plaintiff had been cleared by Deputy Harry Holman, the Defendant,** Shields, who has not had any contact with the Plaintiff and was not present during the Welfare check, filed an additional false call detail report classifying the matter as an "investigation" and instructed dispatch to add the following false note: *"Deborah Swan is a 10-96, has political delusions, 2 large dogs at location."* **(Ex E)**

11. On **June 8, 2024,** without having any contact with Plaintiff, Shields contacted dispatch again and directed them to repeat the false notation: *"Swan is a 10-96 with political delusions."*

12. On **June 14, 2024,** Shields created another false incident report without ever interacting with Plaintiff.

13. On **June 24, 2024,** Shields created another false entry into Plaintiff's official records. This sequence confirms the retaliatory fabrication occurred after the welfare check had ended, with Shields making the false entries without any personal observation or lawful authority.

14. After Deputy Holman completed the welfare check, he determined Plaintiff was coherent, oriented, and exhibited no signs of mental health crisis. No **Code 10-96** designation or mental health intervention was warranted or entered at that time.

15. **Only after the welfare check had concluded** — and while still at the Griffith residence — Shields contacted dispatch and instructed them to alter the incident notes to falsely state: *"Plaintiff is a Code 10-96 with political delusions."* This false entry was made without any medical evaluation, personal observation, or lawful basis, and directly contradicted the findings of the responding mental health officer.

## III. EXHIBIT LIST

- **Exhibit A** – May 21, 2024 email from Detective Jeffery Durrenberger acknowledging felony stalking under Texas Penal Code § 42.072 and advising Plaintiff to preserve and submit evidence.

- **Exhibit B** – Relevant portions of Plaintiff's device security logs showing repeated IP address connections from 1326 Castlemist Drive. See pages 8–12

- **Exhibit C** – Timeline and dispatch record excerpts confirming Shields' location at the Griffith residence during the welfare check and his later dispatch entry. 13–28

- **Exhibit D** – Transcript of June 7, 2024 Welfare Check with Deputy Holman. Pages 29–33

- **Exhibit E** – Official call detail records showing Shields' false entries into official disbatch database, creating a fasle impression of multiple incedents that never took place. P 34–37

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Accept this Supplemental Pleading and exhibits into the record as part of the operative pleadings;

2. Consider these facts in ruling on Defendants' Motion to Strike (Doc. 27); and

3. Grant such other relief as the Court deems just.

**Respectfully submitted,**
Deborah Swan
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2025, I filed the foregoing **Plaintiff's Supplemental Pleading to Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(d)** with the Clerk of Court using email which will send notice of such filing to counsel of record:

Daniel L. Plake
Assistant County Attorney
Montgomery County Attorney's Office
501 North Thompson, Suite 300
Conroe, Texas 77301
Email: daniel.plake@mctx.org

/s/ Deborah Swan
Deborah Swan
Pro Se Plaintiff
1318 Chesterpoint Drive
Spring Texas 77386
346-372-4344

# Exhibit A Summary

A true and correct copy of the May 21, 2024 email from Detective Jeff Durrenberger to Plaintiff is attached hereto as Exhibit A page 7 to 8. Plaintiff will testify under oath that this email is an authentic and unaltered communication received by Plaintiff on that date.

## Context

On May 21, 2024, Plaintiff contacted Detective Jeff Durrenberger, an investigator Plaintiff had previously worked with on a deed fraud case. Plaintiff discussed her situation regarding suspicious activity involving Plaintiff's email accounts, cyberstalking, a gps tracker and related incidents.

Detective Durrenberger responded via email, confirming that the conduct described constituted potential criminal offenses, specifically identifying Texas Penal Code § 42.072 (Stalking), a third-degree felony. He also provided procedural guidance for preserving and submitting evidence to law enforcement, including IP address logs, recorded communications, suspect information, and physical trackers.

2. Material Relevance

This correspondence is material because:

It shows that a sworn law enforcement officer took Plaintiff's concerns seriously and recognized the conduct as a criminal offense under Texas law.

It corroborates Plaintiff's claims that law enforcement was initially receptive and provided investigative steps, contrary to later dismissive or retaliatory actions by other officials.

It rebuts any assertion that Plaintiff's concerns are unfounded or fabricated.

# EXHIBIT A

 Gmail

**Deborah Swan <swansinvestigations@gmail.com>**

---

## Stalking

---

**Deborah Swan** <swansinvestigations@gmail.com>
To: Bill Swan <bill@swanshome.net>

Tue, May 21, 2024 at 11:19 AM

————— Forwarded message —————
From: **Durrenberger, Jeffery** <Jeffery.Durrenberger@mctx.org>
Date: Tue, May 21, 2024 at 8:50 AM
Subject: Re: [External] Stalking
To: Deborah Swan <swansinvestigations@gmail.com>

Good Morning Ms. Swan,

I would recommend the following steps to have your situation investigated (if you have not done so already).

First, I would gather all of the evidence you mentioned and have it ready to go on a flash drive or a disc to include any documents you have need to be scanned in and uploaded as well for investigators to look at, all of the information such as IP addresses, phone conversations, text messages, Google searches, or names and addresses of people you have identified that are suspects or somehow related to this case. Provide the trackers and all physical evidence you may have. I would have several copies of the evidence packet so you could provide one to law enforcement and keep one for yourself as a master copy.

After you gather all of the evidence, I would call and file a report with the sheriff's office or whichever agency services your area where you live or where the offense is taking place. Provide the evidence to the responding unit and get the case number provided.

Depending on when you file the report, it may take a week or two to get to the assigned detective for follow up. The offense is a third degree felony in Texas under Sec. 42.072 Stalking of the TPC.

Also, I would recommend thinking about why someone would be trying to stalk you as a motive to the crime. Have you had any issues with neighbors, political opponents, friends or family, etc? This may help us in the investigation in trying to identify good suspects for follow up and help in prosecution at a later time.

I hope this helps provide direction and what steps should be taken next for the investigation to start.

Detective Jeff Durrenberger #D1002 / 9740
100 North Loop 336 East
Conroe, Texas 77301
Office: 936.538.5135
Cell: 936.230.4348

Professional | Accountable | Compassionate | Trusted


**MCSO**
**SHERIFF RAND HENDERSON**

---

**From:** Deborah Swan <swansinvestigations@gmail.com>
Sent: Sunday, May 19, 2024 2:48 AM

# EXHIBIT B

## Security Log Analysis Summary

**Summary of Evidence**

Security logs analysis from one of Plaintiff's email account documents 130 logging activity within a 30-day period (purple-highlighted entries) originating from IP addresses assigned to 1323 Jander Drive, the HOA parking lot approximately two blocks from Plaintiff's residence. This location is known to be used by Montgomery County Constable personnel to park and connect to the HOA's Wi-Fi network. Additional log entries (blue-highlighted) correspond to  Cynthia Griffen, located at 1326 Castlemist Drive, the residence of HOA board member which recorded 113 logging activity within a 30-day period.

On June 7, 2024, Defendant Shields was physically located at 1326 Castlemist Drive when he contacted dispatch to request a mental health officer be sent to Plaintiff's home, falsely claiming Plaintiff was a "10-96" because she had delivered letters into the mailboxes of addresses that match those recorded in Plaintiff's device security settings. These logs show repeated unauthorized access from both locations and tie Shields' actions directly to the same addresses engaged in such activity, corroborating Plaintiff's allegations of coordinated retaliation and unlawful surveillance.

**Supporting Documents**

**Security logs (purple highlights – 1323 Jander Drive)**

**Security logs (blue highlights – 1326 Castlemist Drive)**

# EXHIBIT B
## pages 9 to 12

1323 Jander Dr, Spring, TX 77386-2249, United StatesVisits: 14

**Apr 9, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 23

**Apr 8, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 2

**Apr 7, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 1

**Apr 6, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 1

**Apr 5, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 17

**Apr 4, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 7

**Apr 3, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 9

**Apr 1, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 12

**Mar 31, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 31

**Mar 30, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 10

**Mar 29, 2024**

1322 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 3

**Mar 28, 2024**

1323 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 30

**Mar 28, 2024**

1327 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 14

**Mar 27, 2024**

1303 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 7

**Mar 26, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 9

**Mar 25, 2024**

1322 Castlemist Dr, Spring, TX 77386-2554, United States

Apr 3, 2024

1610 Havelock Dr, Spring, TX 77386-2232, United StatesVisits: 1

Apr 3, 2024

**Apr 2, 2024**

21194 Blair Rd, Conroe, TX 77385, United StatesVisits: 1

Apr 2, 2024

28487 Robinson Rd, Conroe, TX 77385-7533, United StatesVisits: 2

Apr 2, 2024

**Apr 1, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 12

Apr 1, 2024

25625 Richards Rd, Rayford, TX 77386-2691, United StatesVisits: 2

Apr 1, 2024

11221 Darby Loop, Conroe, TX 77385, United StatesVisits: 1

Apr 1, 2024

**Mar 31, 2024**

29601 Robinson Rd, Conroe, TX 77385, United StatesVisits: 1

Mar 31, 2024

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 31 **31 times**

Mar 31, 2024

11221 Cannon, Conroe, TX 77385, United StatesVisits: 2

Mar 31, 2024

1315 Buchans Dr, Spring, TX 77386-2695, United StatesVisits: 1

Mar 31, 2024

28753 Robinson Rd, Conroe, TX 77385-7539, United StatesVisits: 2

Mar 31, 2024

**Mar 30, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 10

Mar 30, 2024

28334 Robinson Rd, Conroe, TX 77385-7530, United StatesVisits: 1

Mar 30, 2024

**Mar 29, 2024**

1322 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 3

Mar 29, 2024

28753 Robinson Rd, Conroe, TX 77385-7539, United StatesVisits: 1

April
4, 5, 6, 7,
10, 11, 12, 14

**May 25, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits:

**May 24, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 1

**May 22, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 7

**May 21, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 9

**May 19, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 20

**May 15, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 1

**May 6, 2024**

06 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits:

**May 4, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 1

**May 3, 2024**

1327 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 1

**May 2, 2024**

1327 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 1

**May 1, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 7

**Apr 20, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 2

**Apr 15, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 3

**Apr 14, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 3

**Apr 12, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 2

**Apr 11, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 14

**Apr 10, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 2

**Apr 10, 2024**

11

**May 25, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits:

**May 24, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 1

**May 22, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 7

**May 21, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 9

**May 19, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 20

**May 15, 2024**

1331 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 1

**May 6, 2024**

1306 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 8

**May 4, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 1

**May 3, 2024**

1327 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 1

**May 2, 2024**

1327 Castlemist Dr, Spring, TX 77386-2555, United StatesVisits: 1

**May 1, 2024**

1326 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 7

**Apr 20, 2024**

1330 Castlemist Dr, Spring, TX 77386-2554, United StatesVisits: 2

**Apr 15, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 3

**Apr 14, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 3

**Apr 12, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 2

**Apr 11, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 14

**Apr 10, 2024**

1323 Jander Dr, Spring, TX 77386-2248, United StatesVisits: 2

**Apr 10, 2024**

**EXHIBIT C**
**pages 1 to 31**



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

| | |
|---|---|
| **Call Number:** | C24393354 |

| | | | |
|---|---|---|---|
| **Nature:** | INFORMATION | | |
| **Reported:** | 11:48:33 06/07/24 | | |
| **Rcvd By:** | SHIELDS W | **How Rcvd:** | O |
| **Occ Btwn:** | 11:48:33 06/07/24 and 11:48:33 06/07/24 | | |
| **Type:** | 1 | | |
| **Priority:** | 7 | | |
| **Address:** | 1326 CASTLEMIST DR | | |
| **City:** | SPRING | | |
| **Alarm:** | | | |

## COMPLAINANT/CONTACT

| | | | | | |
|---|---|---|---|---|---|
| **Complainant:** | , | | | **Name#:** | |
| **Race:** | **Sex:** | | **DOB:** **/**/** | | |
| **Address:** | , | | | | |
| **Home Phone:** | | | | **Work Phone:** | |

| | |
|---|---|
| **Contact:** | |
| **Address:** | |
| **Phone:** | |

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| SHIELDS W | 11:48:33 06/07/24 | 83R32 | ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023844 call=10671 |
| SHIELDS W | 11:57:06 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: name=SWAN, DEBORAH sex=F |
| SHIELDS W | 12:09:12 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: name=GRIFFIN, CYNTHIA sex=F |
| SHIELDS W | 12:09:39 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: dl=  R_DRIVERS |
| SHIELDS W | 12:10:43 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: name=SWAN, DEBORAH sex=F |
| SHIELDS W | 12:11:07 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: dl= R_DRIVERS PRIVACY |

06/17/25

*CALL DETAIL REPORT*

| | | | | | |
|---|---|---|---|---|---|
| HOLMAN JR. H | 12:26:49 06/07/24 | M2002 DISP | SOC31 | MCSO | (MDC) Assisting unit 83R32 incid#=24A160222 call=10671 |
| HOLMAN JR. H | 12:27:34 06/07/24 | M2002 ENRT | SOC31 | MCSO | (MDC) Enroute to a call incid#=24A160222 call=10671 |
| HOLMAN JR. H | 12:27:37 06/07/24 | M2002 ARRVD | SOC31 | MCSO | (MDC) Arrived on scene incid#=24A160222 call=10671 |
| HOLMAN JR. H | 12:31:21 06/07/24 | M2002 CLEAR | SOC31 | MCSO | (MDC) Completed call incid#=24A160222 call=10671 |
| SHIELDS W | 12:34:38 06/07/24 | 83R32 CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023844 call=10671 |
| STALINSKY S | 08:31:25 06/14/24 | | SOC31 | CON3 | Call type 1 reopened and assigned call number 557 |
| STALINSKY S | 08:31:58 06/14/24 | 83R32 DISP | SOC31 | CON3 | incid#=24E023844 DISPATCHED TO CALL disp:CLO clr:INF call=5571 |
| SHIELDS W | 08:33:41 06/14/24 | 83R32 ENRT | SOC31 | CON3 | (MDC) Enroute to a call incid#=24E023844 call=5571 |
| SHIELDS W | 08:33:42 06/14/24 | 83R32 ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023844 call=5571 |
| SHIELDS W | 08:34:01 06/14/24 | 83R32 NMINQ | SOC31 | CON3 | MDC: dl=█████ |
| SHIELDS W | 08:34:21 06/14/24 | 83R32 NMINQ | SOC31 | CON3 | MDC: dl=█ R_-DRIVERS PRIVACY |
| SHIELDS W | 08:36:09 06/14/24 | 83R32 NMINQ | SOC31 | CON3 | MDC: dl=█████ |
| SHIELDS W | 09:38:10 06/14/24 | 83R32 CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023844 call=5571 |

## COMMENTS

```
11:50:47 06/07/2024 - SHIELDS W
CALL IN TO OFFICE
12:04:30 06/07/2024 - SHIELDS W
DEBORAH SWAN IS 10-96, SHE IS DISTRIBUTING LETTERS SAYING PEOPLE ARE SPYING ON
HER.  ADVISED REP TO IGNORE LETTER AND CALL IF SHE COMES BACK TO REP'S RESD.
12:13:06 06/07/2024 - SHIELDS W
AVISING MH UNITS.
12:13:44 06/07/2024 - RUSLER K - From: SHIELDS W
AIRED SO 1
12:16:29 06/07/2024 - SHIELDS W
REP FROM GRID IS MS. GRIFFIN WHO RECV ONE OF THE LETTERS FROM MS. SWAN.
12:21:46 06/07/2024 - SHIELDS W
ANY LUCK ON A MH UNIT RESPONDING?
12:24:46 06/07/2024 - MATA M
```

06/17/25

```
NEG PER CH 1
12:26:25 06/07/2024 - MATA M
M2002//IS IT OKAY IF I CALL HIM OR DOES HE WANT PCT 1 SPECIFICALLY
12:26:54 06/07/2024 - MATA M
83R32//HE CAN CALL ME
12:28:54 06/07/2024 - HOLMAN JR. H
ACTOR 1318 CHESTER POINT
08:31:25 06/14/2024 - STALINSKY S
Call type 1 reopened by STALINSKY S at 08:31:25 06/14/24
08:31:55 06/14/2024 - STALINSKY S
83r32/ reopen call
```

## UNIT HISTORY

| Unit | Time/Date | Code |
|------|-----------|------|
|  | 08:31:25 06/14/24 | |
| 83R32 | 11:48:33 06/07/24 | ARRVD |
| 83R32 | 11:57:06 06/07/24 | NMINQ |
| 83R32 | 12:09:12 06/07/24 | NMINQ |
| 83R32 | 12:09:39 06/07/24 | NMINQ |
| 83R32 | 12:10:43 06/07/24 | NMINQ |
| 83R32 | 12:11:07 06/07/24 | NMINQ |
| 83R32 | 12:34:38 06/07/24 | CLEAR |
| 83R32 | 08:31:58 06/14/24 | DISP |
| 83R32 | 08:33:41 06/14/24 | ENRT |
| 83R32 | 08:33:42 06/14/24 | ARRVD |
| 83R32 | 08:34:01 06/14/24 | NMINQ |
| 83R32 | 08:34:21 06/14/24 | NMINQ |
| 83R32 | 08:36:09 06/14/24 | NMINQ |
| 83R32 | 09:38:10 06/14/24 | CLEAR |
| M2002 | 12:26:49 06/07/24 | DISP |
| M2002 | 12:27:34 06/07/24 | ENRT |
| M2002 | 12:27:37 06/07/24 | ARRVD |
| M2002 | 12:31:21 06/07/24 | CLEAR |

06/17/25

*CALL DETAIL REPORT*                                                           *Page 4 of 4*

**RESPONDING OFFICERS**

| Unit | Officer |
| --- | --- |
| 83R32 | SHIELDS W |
| M2002 | HOLMAN JR. H |

**INVOLVEMENTS**

| Type | Record# | Date | Description | Relationship |
| --- | --- | --- | --- | --- |
| LW | 24A160222 | 06/07/24 | INFORMATION 24A160222 1326 CASTLEMIST DR SPRING TX 77386 | Initiating Call |
| LW | 24E023844 | 06/07/24 | INFORMATION 24E023844 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

06/17/25

/16



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

**Call Number:**  C24393442

| | |
|---|---|
| **Nature:** | WELFARE CHECK |
| **Reported:** | 12:31:48 06/07/24 |
| **Rcvd By:** | HOLMAN JR. H |
| **Occ Btwn:** | 12:31:48 06/07/24 and 12:31:48 06/07/24 |
| **Type:** | 1 |
| **Priority:** | 5 |
| **Address:** | 1318 CHESTERPOINT DR |
| **City:** | SPRING |
| **Alarm:** | |

**How Rcvd:** O

## COMPLAINANT/CONTACT

| | | |
|---|---|---|
| **Complainant:** | , | **Name#:** |
| **Race:** | **Sex:** | **DOB:** **/**/** |
| **Address:** | , | |
| **Home Phone:** | | **Work Phone:** |

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| HOLMAN JR. H | 12:31:48 06/07/24 | M2002 | ARRVD | SOC31 | MCSO | (MDC) Arrived on scene incid#=24A160229 call=11551 |
| HOLMAN JR. H | 12:32:11 06/07/24 | M2002 | ENRT | SOC31 | MCSO | (MDC) Enroute to a call incid#=24A160229 call=11551 |
| HOLMAN JR. H | 12:32:30 06/07/24 | M2002 | NMINQ | SO2 | MCSO | MDC: dl= R_DRIVERS PRIVACY |

06/17/25

17

*CALL DETAIL REPORT*                                          *Page 2 of 2*

| HOLMAN JR. 12:46:51 06/07/24 H | M2002 ARRVD SOC31 MCSO | (MDC) Arrived on scene incid#=24A160229 call=11551 |
|---|---|---|
| HOLMAN JR. 13:03:41 06/07/24 H | M2002 CLEAR SOC31 MCSO | (MDC) Completed call incid#=24A160229 call=11551 |

## COMMENTS

```
12:34:30 06/07/2024 - HOLMAN JR. H
ENRT TO GRID TO CHECK WELFARE OF ACTOR. SHE IS PUTTING LETTERS IN NEIGHBOR'S
MAIL BOXES IN REFERENCE TO BELIVING THEY AREA CONSPIRING AGAINST HER.
13:03:30 06/07/2024 - HOLMAN JR. H
ACTOR DOES NOT MEET CRIERIA FOR AN EDO AT THIS TIME.
```

## UNIT HISTORY

| Unit | Time/Date | Code |
|---|---|---|
| M2002 | 12:31:48 06/07/24 | ARRVD |
| M2002 | 12:32:11 06/07/24 | ENRT |
| M2002 | 12:32:30 06/07/24 | NMINQ |
| M2002 | 12:46:51 06/07/24 | ARRVD |
| M2002 | 13:03:41 06/07/24 | CLEAR |

## RESPONDING OFFICERS

| Unit | Officer |
|---|---|
| M2002 | HOLMAN JR. H |

## INVOLVEMENTS

| Type | Record# | Date | Description | Relationship |
|---|---|---|---|---|
| LW | 24A160229 | 06/07/24 | WELFARE CHECK 24A160229 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

06/17/25

18

**EXHIBIT**



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

**Call Number:**  C24393531

| | |
|---|---|
| **Nature:** | INVESTIGATION |
| **Reported:** | 13:07:10 06/07/24 |
| **Rcvd By:** | SHIELDS W    **How Rcvd:** O |
| **Occ Btwn:** | 13:07:10 06/07/24 and 13:07:10 06/07/24 |
| **Type:** | 1 |
| **Priority:** | 4 |
| **Address:** | 1318 CHESTERPOINT DR |
| **City:** | SPRING |
| **Alarm:** | |

## COMPLAINANT/CONTACT

| | |
|---|---|
| **Complainant:** , | **Name#:** |
| **Race:**    **Sex:**    **DOB:** **/**/** | |
| **Address:** , | |
| **Home Phone:** | **Work Phone:** |

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| SHIELDS W | 13:07:10 06/07/24 | 83R32 | ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023858 call=12441 |
| SHIELDS W | 13:26:36 06/07/24 | 83R32 | CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023858 call=12441 |

## COMMENTS

13:08:35 06/07/2024 - SHIELDS W

06/17/25

j9

*CALL DETAIL REPORT*　　　　　　　　　　　　　　　　　　　　　　　*Page 2 of 2*

PLZ ADD INTO LOC NOTES:　DEBORH SWAN IS 10-96, HAS POLITICAL DELUSIONS.　2 LARGE DOGS AT LOCATION
13:09:00 06/07/2024 - SHIELDS W
CORR DEBORAH SWAN

**Defendant Shields instructed that false notations be added to Plaintiff's dispatch record after Plaintiff had been affirmatively cleared by the responding mental health officer. This constitutes clear and undisputed evidence of intentional, retaliatory harm by Defendant Shields, undertaken without any lawful basis or legitimate law enforcement purpose.**

## UNIT HISTORY

| Unit | Time/Date | Code |
|------|-----------|------|
| 83R32 | 13:07:10 06/07/24 | ARRVD |
| 83R32 | 13:26:36 06/07/24 | CLEAR |

## RESPONDING OFFICERS

| Unit | Officer |
|------|---------|
| 83R32 | SHIELDS W |

**Shields committed fraud again by falsely representing himself as a responding officer in connection with the June 7, 2024 welfare check, despite never having been present at Plaintiff's residence and never having spoken with Plaintiff at any time relevant to the incident.**

## INVOLVEMENTS

| Type | Record# | Date | Description | Relationship |
|------|---------|------|-------------|--------------|
| LW | 24E023858 | 06/07/24 | INVESTIGATION 24E023858 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

06/17/25

20



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

**Call Number:** C24393354

**Nature:** INFORMATION
**Reported:** 11:48:33 06/07/24
**Rcvd By:** SHIELDS W                                    **How Rcvd:** O
**Occ Btwn:** 11:48:33 06/07/24 and 11:48:33 06/07/24
**Type:** 1
**Priority:** 7
**Address:** 1326 CASTLEMIST DR        **This proves Shields was at 1326 Castlemist Drive**
**City:** SPRING
**Alarm:**

## COMPLAINANT/CONTACT

**Complainant:** ,                                        **Name#:**
**Race:**      **Sex:**                    **DOB:** **/**/**
**Address:**   ,
**Home Phone:**                                          **Work Phone:**

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| SHIELDS W | 11:48:33 06/07/24 | 83R32 | ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023844 call=10671 |
| SHIELDS W | 11:57:06 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: name=SWAN, DEBORAH sex=F |
| SHIELDS W | 12:09:12 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: name=GRIFFIN, CYNTHIA sex=F |
| SHIELDS W | 12:09:39 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: dl= ████ R_DRIVERS |
| SHIELDS W | 12:10:43 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: name=SWAN, DEBORAH sex=F |
| SHIELDS W | 12:11:07 06/07/24 | 83R32 | NMINQ | SOC31 | CON3 | MDC: dl= ████ R_DRIVERS PRIVACY |

06/17/25

21

*CALL DETAIL REPORT*                                                    *Page 2 of 4*

| | | | | | |
|---|---|---|---|---|---|
| HOLMAN JR. H | 12:26:49 06/07/24 | M2002 DISP | SOC31 | MCSO | (MDC) Assisting unit 83R32 incid#=24A160222 call=10671 |
| HOLMAN JR. H | 12:27:34 06/07/24 | M2002 ENRT | SOC31 | MCSO | (MDC) Enroute to a call incid#=24A160222 call=10671 |
| HOLMAN JR. H | 12:27:37 06/07/24 | M2002 ARRVD | SOC31 | MCSO | (MDC) Arrived on scene incid#=24A160222 call=10671 |
| HOLMAN JR. H | 12:31:21 06/07/24 | M2002 CLEAR | SOC31 | MCSO | (MDC) Completed call incid#=24A160222 call=10671 |
| SHIELDS W | 12:34:38 06/07/24 | 83R32 CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023844 call=10671 |
| STALINSKY S | 08:31:25 06/14/24 | | SOC31 | CON3 | Call type 1 reopened and assigned call number 557 |
| STALINSKY S | 08:31:58 06/14/24 | 83R32 DISP | SOC31 | CON3 | incid#=24E023844 DISPATCHED TO CALL disp:CLO clr:INF call=5571 |
| SHIELDS W | 08:33:41 06/14/24 | 83R32 ENRT | SOC31 | CON3 | (MDC) Enroute to a call incid#=24E023844 call=5571 |
| SHIELDS W | 08:33:42 06/14/24 | 83R32 ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023844 call=5571 |
| SHIELDS W | 08:34:01 06/14/24 | 83R32 NMINQ | SOC31 | CON3 | MDC: dl= |
| SHIELDS W | 08:34:21 06/14/24 | 83R32 NMINQ | SOC31 | CON3 | MDC: dl=  R_DRIVERS PRIVACY |
| SHIELDS W | 08:36:09 06/14/24 | 83R32 NMINQ | SOC31 | CON3 | MDC: dl= |
| SHIELDS W | 09:38:10 06/14/24 | 83R32 CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023844 call=5571 |

**Another false entry stating Shields was at Plaintiff's house on June 14, 2024.**

**COMMENTS**

```
11:50:47 06/07/2024 - SHIELDS W
CALL IN TO OFFICE
12:04:30 06/07/2024 - SHIELDS W
DEBORAH SWAN IS 10-96, SHE IS DISTRIBUTING LETTERS SAYING PEOPLE ARE SPYING ON
HER.  ADVISED REP TO IGNORE LETTER AND CALL IF SHE COMES BACK TO REP'S RESD.
12:13:06 06/07/2024 - SHIELDS W
AVISING MH UNITS.
12:13:44 06/07/2024 - RUSLER K - From: SHIELDS W
AIRED SO 1
12:16:29 06/07/2024 - SHIELDS W
REP FROM GRID IS MS. GRIFFIN WHO RECV ONE OF THE LETTERS FROM MS. SWAN.
12:21:46 06/07/2024 - SHIELDS W
ANY LUCK ON A MH UNIT RESPONDING?
12:24:46 06/07/2024 - MATA M
```

06/17/25

22

```
NEG PER CH 1
12:26:25 06/07/2024 - MATA M
M2002//IS IT OKAY IF I CALL HIM OR DOES HE WANT PCT 1 SPECIFICALLY
12:26:54 06/07/2024 - MATA M
83R32//HE CAN CALL ME
12:28:54 06/07/2024 - HOLMAN JR. H
ACTOR 1318 CHESTER POINT
08:31:25 06/14/2024 - STALINSKY S
Call type 1 reopened by STALINSKY S at 08:31:25 06/14/24
08:31:55 06/14/2024 - STALINSKY S
83r32/ reopen call
```

## UNIT HISTORY

| Unit | Time/Date | Code |
|------|-----------|------|
|  | 08:31:25 06/14/24 |  |
| 83R32 | 11:48:33 06/07/24 | ARRVD |
| 83R32 | 11:57:06 06/07/24 | NMINQ |
| 83R32 | 12:09:12 06/07/24 | NMINQ |
| 83R32 | 12:09:39 06/07/24 | NMINQ |
| 83R32 | 12:10:43 06/07/24 | NMINQ |
| 83R32 | 12:11:07 06/07/24 | NMINQ |
| 83R32 | 12:34:38 06/07/24 | CLEAR |
| 83R32 | 08:31:58 06/14/24 | DISP |
| 83R32 | 08:33:41 06/14/24 | ENRT |
| 83R32 | 08:33:42 06/14/24 | ARRVD |
| 83R32 | 08:34:01 06/14/24 | NMINQ |
| 83R32 | 08:34:21 06/14/24 | NMINQ |
| 83R32 | 08:36:09 06/14/24 | NMINQ |
| 83R32 | 09:38:10 06/14/24 | CLEAR |
| M2002 | 12:26:49 06/07/24 | DISP |
| M2002 | 12:27:34 06/07/24 | ENRT |
| M2002 | 12:27:37 06/07/24 | ARRVD |
| M2002 | 12:31:21 06/07/24 | CLEAR |

06/17/25

23



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

**Call Number:**    C24393442

| | |
|---|---|
| **Nature:** | WELFARE CHECK |
| **Reported:** | 12:31:48 06/07/24 |
| **Rcvd By:** | HOLMAN JR. H |
| **Occ Btwn:** | 12:31:48 06/07/24 and 12:31:48 06/07/24 |
| **Type:** | 1 |
| **Priority:** | 5 |
| **Address:** | 1318 CHESTERPOINT DR |
| **City:** | SPRING |
| **Alarm:** | |

**How Rcvd:** O

**Proves that Harry Holman was the only responding officer and Defendant Walter Shields was not present at the house of Plaintiff.**

## COMPLAINANT/CONTACT

| | | | |
|---|---|---|---|
| **Complainant:** | , | | **Name#:** |
| **Race:** | **Sex:** | **DOB:** **/**/** | |
| **Address:** | , | | |
| **Home Phone:** | | | **Work Phone:** |

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| HOLMAN JR. H | 12:31:48 06/07/24 | M2002 | ARRVD | SOC31 | MCSO | (MDC) Arrived on scene incid#=24A160229 call=11551 |
| HOLMAN JR. H | 12:32:11 06/07/24 | M2002 | ENRT | SOC31 | MCSO | (MDC) Enroute to a call incid#=24A160229 call=11551 |
| HOLMAN JR. H | 12:32:30 06/07/24 | M2002 | NMINQ | SO2 | MCSO | MDC: dl= R_DRIVERS PRIVACY |

06/17/25

| | | | | | |
|---|---|---|---|---|---|
| HOLMAN JR. 12:46:51 06/07/24 H | M2002 | ARRVD | SOC31 | MCSO | (MDC) Arrived on scene incid#=24A160229 call=11551 |
| HOLMAN JR. 13:03:41 06/07/24 H | M2002 | CLEAR | SOC31 | MCSO | (MDC) Completed call incid#=24A160229 call=11551 |

## COMMENTS

```
12:34:30 06/07/2024 - HOLMAN JR. H
ENRT TO GRID TO CHECK WELFARE OF ACTOR. SHE IS PUTTING LETTERS IN NEIGHBOR'S
MAIL BOXES IN REFERENCE TO BELIVING THEY AREA CONSPIRING AGAINST HER.
13:03:30 06/07/2024 - HOLMAN JR. H
ACTOR DOES NOT MEET CRIERIA FOR AN EDO AT THIS TIME.
```

## UNIT HISTORY

| Unit | Time/Date | Code |
|---|---|---|
| M2002 | 12:31:48 06/07/24 | ARRVD |
| M2002 | 12:32:11 06/07/24 | ENRT |
| M2002 | 12:32:30 06/07/24 | NMINQ |
| M2002 | 12:46:51 06/07/24 | ARRVD |
| M2002 | 13:03:41 06/07/24 | CLEAR |

## RESPONDING OFFICERS

| Unit | Officer |
|---|---|
| M2002 | HOLMAN JR. H |

## INVOLVEMENTS

| Type | Record# | Date | Description | Relationship |
|---|---|---|---|---|
| LW | 24A160229 | 06/07/24 | WELFARE CHECK 24A160229 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

06/17/25



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

| | |
|---|---|
| **Call Number:** | C24393531 |
| **Nature:** | INVESTIGATION |
| **Reported:** | 13:07:10 06/07/24 |
| **Rcvd By:** | SHIELDS W |
| **Occ Btwn:** | 13:07:10 06/07/24 and 13:07:10 06/07/24 |
| **Type:** | 1 |
| **Priority:** | 4 |
| **Address:** | 1318 CHESTERPOINT DR |
| **City:** | SPRING |
| **Alarm:** | |

**After Deputy Harry Holman departed Plaintiff's residence and determined there was no basis for any mental health Code 10-96 designation, the record establishes that at 1:07 pm Deputy Walter Shields subsequently contacted dispatch and caused a false report to be created.**

How Rcvd: O

## COMPLAINANT/CONTACT

| | | |
|---|---|---|
| **Complainant:** | , | **Name#:** |
| **Race:** | **Sex:** | **DOB:** **/**/** |
| **Address:** | , | |
| **Home Phone:** | | **Work Phone:** |

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| SHIELDS W | 13:07:10 06/07/24 | 83R32 | ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023858 call=12441 |
| SHIELDS W | 13:26:36 06/07/24 | 83R32 | CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023858 call=12441 |

**COMMENTS**    **Walter Shields lied to dispatch and created a false report claiming this was a criminal investigation.**

13:08:35 06/07/2024 - SHIELDS W

06/17/25

PLZ ADD INTO LOC NOTES:   DEBORH SWAN IS 10-96, HAS POLITICAL DELUSIONS.   2 LARGE
DOGS AT LOCATION
13:09:00 06/07/2024 - SHIELDS W
CORR DEBORAH SWAN

*False profile using*
*police disbatch CODE*
*in violation of policy.*

## UNIT HISTORY

| Unit | Time/Date | Code |
|------|-----------|------|
| 83R32 | 13:07:10 06/07/24 | ARRVD |
| 83R32 | 13:26:36 06/07/24 | CLEAR |

## RESPONDING OFFICERS

| Unit | Officer |
|------|---------|
| 83R32 | SHIELDS W |

## INVOLVEMENTS

| Type | Record# | Date | Description | Relationship |
|------|---------|------|-------------|--------------|
| LW | 24E023858 | 06/07/24 | INVESTIGATION 24E023858 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

06/17/25

**EXHIBIT D**
**pages 29 to 30**

 **SONIX**

NAME

Holman 06_07_2024_audio.mp3

DATE

June 7, 2024

DURATION

8m 45s

4 SPEAKERS

Swan

Holman

**This transcript establishes that each entry made by Shields, starting on June 7, 2024 welfare check was knowingly and intentionally false. The insertion of a "10-96" mental health code into Plaintiff's official dispatch records was wholly unfounded, factually inaccurate, and made solely for the purpose of causing harm to Plaintiff through reputational damage, harassment, and the deprivation of her constitutional rights. This proves Shields was not present and there was no mental health issues or reason for this welfare check to be initated.**

### START OF TRANSCRIPT

**[00:00:07] Swan**
Move. Move! Hi. I wasn't expecting anyone coming by. You can come over here so we can talk a little. Yes.

**[00:01:10] Holman**
So my name is Harry. With the sheriff's office. I work with a crisis intervention team in the mental health unit.

**[00:01:14] Swan**
Just mental health, you know. Why are you going out for that?

**[00:01:17] Holman**
So I was just asked to stop by to check on you and make.

**[00:01:19] Swan**
Sure the who who asked you to stop by.

**[00:01:21] Holman**
So you would have to do a public information request on that. We don't give that information out. I was just contacted because of some letters that were sent.

**[00:01:28] Swan**
I sent out some letters because someone has I've had some a lot of activity in my private email. Some of these, there's someone that's literally intercepted my personal communications. Okay. And so I have proof of this.

**[00:01:41] Holman**
Okay. Have you changed your password?

**[00:01:43] Swan**
I have, I have not yet because I this is the deal. This has been going on for a while. Okay. And it's not it's you can look at the metadata. It's not me just making this up. You can actually see the activity. And so this is their retaliation, I guess, to make you think that I have some mental health issue. That's insane.

**[00:02:01] Holman**
So I always ask conversations starting out, can you tell me your full name in your birthday?

**[00:02:05] Swan**
Why?

**[00:02:07] Holman**
Well, so it's cognitive. I tell you what we can do. Do you know where you're at right now?

**[00:02:10] Swan**
Yes, I know where I'm at. I've lived here 20 years. I've lived here since 2004.

**[00:02:15] Speaker2**
How many quarters it takes to make one?

**[00:02:16] Swan**
Let me have a card, please. I would like.

**[00:02:18] Holman**
To.

**[00:02:18] Swan**
Have. Yeah. This is insane. I would like to know who did this. Who? This is part of this. This is part of their. This is political is what I believe.

**[00:02:25] Holman**
So I. That I have no clue. I was just when I'm dispatched.

**[00:02:30] Swan**
And I'm, I called the police out because I'm going to I'm going to file charges. I'm going to I'm going to take this to court because I have proof of this. I have proof this is part of an evil plan, obviously.

**[00:02:41] Holman**
Against.

**[00:02:42] Swan**
You, obviously. I mean, somebody call from my. Who call? Oh, no. Who called? I would like to know.

**[00:02:47] Holman**
Like I said.

**[00:02:48] Swan**
You cannot tell me who called.

**[00:02:50] Holman**
The sheriff's office and do a public information request, and then they can provide you that whole.

**[00:02:53] Swan**
Package. And when did this phone call? Because what's funny is when I pass those letters out. All the activities stopped. Yeah.

**[00:02:59] Holman**
Okay. Well, like I said. I mean, that's the reason I was here.

**[00:03:02] Swan**
Well, this is funny.

**[00:03:03] Holman**
This is all about letters and this and that. And they just wanted me to check on you and make sure you do.

**[00:03:07] Swan**
I not seem like I'm okay.

**[00:03:09] Holman**
You know, like I said, sometimes people are defective, abrasive with or hesitant to answer questions. So that's why I come up and ask, you know how many quarters make a dollar. Do you know who the current president is? Do you know where you're at?

**[00:03:19] Swan**
Yes, I know all those answers to those questions. Yeah.

**[00:03:22] Holman**
And you're you're eating. You're hydrating, taking care.

**[00:03:24] Swan**
I'm very I'm very well taken care of. Yes.

**[00:03:26] Holman**
All right. If you're okay, I'm going to walk right up there and get you a card.

**[00:03:28] Speaker1**
Yeah, I need a card. Thank you. So what? What is your department again? You're in the mental health. That's what. That's all you do.

**[00:04:08] Holman**
I'm part of the crisis intervention team.

**[00:04:09] Swan**
And so somebody thinks that somebody in my neighborhood called you or said I needed a mental health check.

**[00:04:15] Holman**
They just wanted me to check on you.

**[00:04:16] Swan**
That is so funny.

**Holman states the Plaintiff does not need mental health services**

**[00:04:17] Holman**
So I. And I'm not saying that you need this, but I have to explain on the back of that car, there's resources.

**[00:04:22] Swan**
Should you. Oh my gosh. Yeah. No, I know what I.

**[00:04:24] Holman**
Need.

**[00:04:24] Swan**
You need. I'm going to get a lawyer because this is because the activity that I have proof of, this is not me making this up. Anyone can look at the media. You know what metadata is, right? I actually, you know, is there like, a a a computer forensic department in Montgomery County for when people hack into your emails?

**[00:04:42] Holman**
There's internet crimes against children. I do know they have that. As far as a specific like internet crimes, it would go to our detectives.

**[00:04:52] Swan**
Well, who is that? Because that's who I need to speak with.

**[00:04:54] Holman**
So it would just be our detectives.

**[00:04:56] Swan**
Well. Who, though? What? Do you have a name?

**[00:04:59] Holman**
So there's a whole bunch of detectives. And so if we type up a case, it gets forwarded. It gets forwarded to the detectives who can.

**[00:05:05] Swan**
Who can type a case up for me?

**[00:05:07] Holman**
Have they already done that?

31

**[00:05:07] Swan**

No, they have not. I actually have worked with a guy. Our officer. Detective. He's in precinct two. Okay. I've. I've not. Not on this particular situation, but I have done on a case that I helped with. It's a fraud case out of it was indeed fraud. Anyway so he's familiar with who I am. When this when this started up, I sent him an email and I with an outline of what I've discovered, and he responded and told me what I need to do. And he never questioned anything about the validity of what I'm saying. He takes everything I say is legitimate because I've worked with him before. And And so then I started the process. I made a phone call. Two officers came out, and all they told me to do was change my password. That's pretty much all they told me to do.

**[00:05:52] Holman**

And to add on to that, your Wi-Fi and all that, I would change your Wi-Fi username and your Wi-Fi.

**[00:05:56] Swan**

But I want to I want to get down to the bottom of it because what what's happened is I get the IP addresses of who has been in my my private email. So the IP address and it gives me the, the actual address of the location of where the IP address is. Yeah. And so that's what I did. I have a list of individuals. They all seem to be a part of the Democratic Party. They all seem to be part of a the HOA, like they all. That's just seems like a little clique around here. So but these are the people who came up on the on the data. So I wrote a letter very nicely. Very, very professional. Ask them to, you know, make some contact because 196 times 196 times. That's a lot in 30 days. Access my access my email 196 times. That's a lot. This is this is a pattern of activity, not just a one time you can see you can see the pattern of like it's very detailed. It's from Microsoft. You can see all the data. And so that's where I got these addresses from. And of course no one's going to admit it. You know no one's going to say, yeah, it was me doing it. No one's going to say that.

**[00:07:01] Holman**

And that's usually a problem that people have with the hacking and stuff is you have to get somebody either caught red handed on the computer right behind them, or say, yes, I did that.

**[00:07:08] Swan**

Well, it's an invasion of my privacy. And so this is legitimate. This is not because I have any mental health issue. But thank you for stopping by. And so how do I go about getting this started?

**[00:07:19] Holman**

Because so what I would do is I would get all of that information. I have it all together, a bit of it. Then you can call the non-emergency number and they'll dispatch somebody out.

**[00:07:26] Swan**

That's what they did already.

**Holman gives advice to Plaintiff which indicates he does not believe there is any mental issues**

**[00:07:27] Holman**

They did.

**[00:07:27] Swan**

That. And he didn't take they didn't write a report.

**[00:07:31] Holman**

That you can try it.

**[00:07:32] Swan**

Again. So I just go down in person and do it.

**[00:07:33] Holman**    **Holman tells Plaintiff where to file her report**

Maybe if you want you can go to the one of Conroe, or you can go to the office off of lakefront.

**[00:07:41] Swan**

Which one would be which one has a better like? I can't believe there isn't a unit that's just designed for this particular because there's, you know, everything is online now. You would think that there would be or we need that, you know.

**[00:07:51] Holman**

Well, maybe working on the mental health side I our department is so big I don't know everybody. So they're maybe welcome to call and ask. Just kind of run it down to dispatch what you have.

32

**[00:08:00] Swan**

And I mean do you want to see why do you want to see what I have just so you can scratch off? I have no mental issues. I'm good.

**Holman states the plaintiff is good and does not imply any mental health issues.**

**[00:08:05] Holman**

With that. I see the dogs. I don't want to bother them. So. But you're good. I'm going to clear back out. And like I said, if you ever need us for anything, you've got the car.

**[00:08:13] Swan**

Well, I want to get it. I want to find out who did this. So what do I. I do a freedom of information.

**[00:08:17] Holman**

Freedom of information?

**[00:08:18] Swan**

Do I have to go down in person to do that?

**[00:08:19] Holman**

I believe you do.

**[00:08:20] Swan**

Yes. Okay. And what do I say? I just I need to.

**[00:08:23] Holman**

You can tell them. Give them your address here. Yeah. And tell them that you want information on all the calls from here. And they'll be able to.

**Holman gives information about how to find out who made the false medical well fare check**

**[00:08:30] Holman**

Tell you, and I'll be able to get the name and find out who.

**[00:08:32] Swan**

Did it.

**[00:08:33] Swan**

To you. All right. Well, thank you so much.

**[00:08:34] Holman**

You're up with.

**[00:08:34] Swan**

This. Okay? Okay, thanks. Have a good day. You're welcome. Bye bye.

**END OF TRANSCRIPT**



Automated transcription by Sonix
www.sonix.ai

**FRAUD BY SHIELDS**

## EXHIBIT D
## pages 34 to 41



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
## CALL DETAIL REPORT

| | |
|---|---|
| **Call Number:** | C24395247 |

| | | |
|---|---|---|
| **Nature:** | INVESTIGATION | |
| **Reported:** | 06:09:03 06/08/24 | |
| **Rcvd By:** | SHIELDS W | **How Rcvd:** O |
| **Occ Btwn:** | 06:09:03 06/08/24 and 06:09:03 06/08/24 | |
| **Type:** | 1 | |
| **Priority:** | 4 | |
| **Address:** | 1318 CHESTERPOINT DR | |
| **City:** | SPRING | |
| **Alarm:** | | |

**On June 8, 2024, Shields created this fake incident to add to the false profile,**

## COMPLAINANT/CONTACT

| | | | |
|---|---|---|---|
| **Complainant:** | , | | **Name#:** |
| **Race:** | **Sex:** | **DOB:** **/**/** | |
| **Address:** | , | | |
| **Home Phone:** | | | **Work Phone:** |

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| SHIELDS W | 06:09:03 06/08/24 | 83R32 | ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E023948 call=3711 |
| SHIELDS W | 06:12:24 06/08/24 | 83R32 | CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E023948 call=3711 |

## COMMENTS

06:09:21 06/08/2024 - SHIELDS W

03/31/25

```
PLZ ADD INTO LOC NOTES:   DEBORAH SWAN IS 10-96, HAS POLITICAL DELUSIONS.   2
LARGE
DOGS AT LOCATION
06:10:36 06/08/2024 - RUSLER K
CLR^
06:12:00 06/08/2024 - RUSLER K
CAUTION NOTES ADDED
06:12:08 06/08/2024 - SHIELDS W
CLR. THX
```

**Shields has never spoke to the Plaintiff or ever been to her house. This is 100% fabrication. Using a code 1096 again to create a dangerous false stigma over the Plaintiff mental state.**

## UNIT HISTORY

| Unit | Time/Date | Code |
|------|-----------|------|
| 83R32 | 06:09:03 06/08/24 | ARRVD |
| 83R32 | 06:12:24 06/08/24 | CLEAR |

## RESPONDING OFFICERS

| Unit | Officer |
|------|---------|
| 83R32 | SHIELDS W |

## INVOLVEMENTS

| Type | Record# | Date | Description | Relationship |
|------|---------|------|-------------|--------------|
| LW | 24E023948 | 06/08/24 | INVESTIGATION 24E023948 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

03/31/25



# MONTGOMERY COUNTY
# SHERIFF'S OFFICE
### CALL DETAIL REPORT

**FRAUD**

---

| | |
|---|---|
| **Call Number:** | C24432459 |

| | | |
|---|---|---|
| **Nature:** | INVESTIGATION | |
| **Reported:** | 10:50:02 06/23/24 | |
| **Rcvd By:** | SHIELDS W | **How Rcvd:** O |
| **Occ Btwn:** | 10:50:02 06/23/24 and 10:50:02 06/23/24 | |
| **Type:** | 1 | |
| **Priority:** | 4 | |
| **Address:** | 1318 CHESTERPOINT DR | |
| **City:** | SPRING | |
| **Alarm:** | | |

## COMPLAINANT/CONTACT

| | | | |
|---|---|---|---|
| **Complainant:** | , | | **Name#:** |
| **Race:** | **Sex:** | **DOB:** **/**/** | |
| **Address:** | , | | |
| **Home Phone:** | | | **Work Phone:** |

**Contact:**
**Address:**
**Phone:**

## RADIO LOG

| Dispatcher | Time/Date | Unit | Code | Zone | Agency | Description |
|---|---|---|---|---|---|---|
| SHIELDS W | 10:50:02 06/23/24 | 83R32 | ARRVD | SOC31 | CON3 | (MDC) Arrived on scene incid#=24E026192 call=8061 |
| SHIELDS W | 11:00:38 06/23/24 | 83R32 | CLEAR | SOC31 | CON3 | (MDC) Completed call incid#=24E026192 call=8061 |

## COMMENTS

10:50:10 06/23/2024 - SHIELDS W

03/31/25

3a

```
24E023844
10:50:16 06/23/2024 - SHIELDS W
LINK CALLS PLZ
10:54:43 06/23/2024 - RUSLER K
CALLS LINKED
10:54:57 06/23/2024 - SHIELDS W
346-372-4093. DEBORAH SWAN. SEE IF YOU CAN CALL AND PATCH TO ME PLZ.
10:55:08 06/23/2024 - RUSLER K
CLR
10:55:47 06/23/2024 - RUSLER K
CALLING NUMBER
10:58:43 06/23/2024 - RUSLER K
ATTEMPTED TO PS NUMBER X2 / RANG AND THEN SAID CALL CAN'T BE COMPLETED AS DIALED
10:58:51 06/23/2024 - SHIELDS W
CLR. TY
10:59:17 06/23/2024 - RUSLER K
YW
11:00:32 06/23/2024 - SHIELDS W
ATTEMPTED TO CALL MS. SWAN MYSELF AND THRU DISP BUT NUMBER WAS NOT ACCEPTING
CALLS OR COULDNT BE COMPLETED.
```

**I never received any calls nor have I ever spoke with Walter Shields.**

## UNIT HISTORY

| Unit | Time/Date | Code |
|------|-----------|------|
| 83R32 | 10:50:02 06/23/24 | ARRVD |
| 83R32 | 11:00:38 06/23/24 | CLEAR |

## RESPONDING OFFICERS

| Unit | Officer |
|------|---------|
| 83R32 | SHIELDS W |

## INVOLVEMENTS

| Type | Record# | Date | Description | Relationship |
|------|---------|------|-------------|--------------|
| LW | 24E023844 | 06/23/24 | INFORMATION 24E023844 1318 CHESTERPOINT DR SPRING TX 77386 | RELATED INCIDENT |
| LW | 24E026192 | 06/23/24 | INVESTIGATION 24E026192 1318 CHESTERPOINT DR SPRING TX 77386 | Initiating Call |

**Shields used the previous false report 24E023844 and added it to this report to further a false impression about Plaintiff.**