United States Courts
Southern District of Texas
F I L E D

AUG 1 5 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Deborah Swan,**
Plaintiff,

V.

Civil Action No. 4:25-cv-02799

**Deputy Walter Shields, et al.,**
Defendants.

---

## PLAINTIFF'S NOTICE OF FILING TRANSCRIPT OF JUNE 7, 2024 WELFARE CHECK CONDUCTED BY DEPUTY HOLMAN

---

**TO THE HONORABLE KEITH P. ELLISON:**

### 1. Purpose of Filing

Plaintiff Deborah Swan respectfully submits into the record a true and correct transcript of an **audio-recorded welfare check conducted at Plaintiff's residence on June 7, 2024** by Deputy Holman of the Montgomery County Sheriff's Office Crisis Intervention Team.

### 2. Summary of Incident

The transcript shows that Deputy Holman identified himself as working in the

mental health unit and stated he was dispatched due to "letters that were sent."
During the conversation:

- Plaintiff explained that the letters were part of her effort to address repeated cyber intrusions into her private email accounts, for which she had IP address logs and other evidence.

- Plaintiff stated that this was *retaliatory* and an attempt to portray her as having a mental health issue.

- Deputy Holman acknowledged that such cyber intrusion could constitute a criminal offense and explained certain investigative steps but confirmed his unit does not directly investigate such crimes.

- Deputy Holman could not identify the person or entity who requested the welfare check without a public information request.

## 3. Relevance to Claims

This transcript is relevant to Plaintiff's claims because:

- It corroborates that a welfare check was conducted under the guise of mental health concerns despite Plaintiff presenting evidence of criminal cyberstalking and hacking.

- It supports Plaintiff's allegations of **false mental health profiling** (Code 10-96) and retaliation for protected speech and lawful investigative activities.

- It demonstrates that law enforcement officials acknowledged the potential legitimacy of Plaintiff's cybercrime evidence but failed to investigate appropriately.

## 4. Exhibit

A true and correct copy of the June 7, 2024 transcript is attached hereto as **Exhibit A** and authenticated by Plaintiff's Declaration.

---

## PRAYER

Plaintiff respectfully requests that the Court accept this Notice and Exhibit A into the record for consideration in connection with all pending and future motions

---

**Respectfully submitted,**

*Deborah Swan*

---

# DECLARATION OF DEBORAH SWAN
# IN SUPPORT OF NOTICE OF FILING TRANSCRIPT

I, **Deborah Swan**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Plaintiff in the above-captioned matter. I have personal knowledge of the facts set forth herein and am competent to testify to them.

2. On June 7, 2024, I personally engaged in and recorded a conversation with **Deputy Holman** of the Montgomery County Sheriff's Office during an unannounced welfare check at my residence.

3. The attached **Exhibit A** is a true and correct transcript of that audio recording, which I have reviewed for accuracy.

4. The transcript has not been altered except for formatting and minor transcription corrections for clarity.

5. This transcript accurately reflects the statements made during the welfare check.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2025

---

**Deborah Swan**

Plaintiff, Pro Se

**Deborah Swan**
**1318 Chesterpoint Dr**
**Spring TX 77386**
**346-372-4344**
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2025, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF FILING TRANSCRIPT OF JUNE 7, 2024 WELFARE CHECK CONDUCTED BY DEPUTY HOLMAN**

was served email, which automatically sends notice to counsel of record, including:

**Daniel Plake**
Assistant County Attorney
Montgomery County Attorney's Office
501 N. Thompson, Suite 300
Conroe, Texas 77301
Email: daniel.plake@mctx.org

 sonix

# EXHIBIT A

NAME

Holman 06_07_2024_audio.mp3

DATE

June 7, 2024

DURATION

8m 45s

4 SPEAKERS

Swan

Holman

**START OF TRANSCRIPT**

**[00:00:07] Swan**
Move. Move! Hi. I wasn't expecting anyone coming by. You can come over here so we can talk a little. Yes.

**[00:01:10] Holman**
So my name is Harry. With the sheriff's office. I work with a crisis intervention team in the mental health unit.

**[00:01:14] Swan**
Just mental health, you know. Why are you going out for that?

**[00:01:17] Holman**
So I was just asked to stop by to check on you and make.

**[00:01:19] Swan**
Sure the who who asked you to stop by.

**[00:01:21] Holman**
So you would have to do a public information request on that. We don't give that information out. I was just contacted because of some letters that were sent.

**[00:01:28] Swan**
I sent out some letters because someone has I've had some a lot of activity in my private email. Some of these, there's someone that's literally intercepted my personal communications. Okay. And so I have proof of this.

**[00:01:41] Holman**
Okay. Have you changed your password?

**[00:01:43] Swan**
I have, I have not yet because I this is the deal. This has been going on for a while. Okay. And it's not it's you can look at the metadata. It's not me just making this up. You can actually see the activity. And so this is their retaliation, I guess, to make you think that I have some mental health issue. That's insane.

**[00:02:01] Holman**
So I always ask conversations starting out, can you tell me your full name in your birthday?

**[00:02:05] Swan**
Why?

**[00:02:07] Holman**
Well, so it's cognitive. I tell you what we can do. Do you know where you're at right now?

**[00:02:10] Swan**
Yes, I know where I'm at. I've lived here 20 years. I've lived here since 2004.

**[00:02:15] Speaker2**
How many quarters it takes to make one?

**[00:02:16] Swan**
Let me have a card, please. I would like.

**[00:02:18] Holman**
To.

**[00:02:18] Swan**
Have. Yeah. This is insane. I would like to know who did this. Who? This is part of this. This is part of their. This is political is what I believe.

**[00:02:25] Holman**
So I. That I have no clue. I was just when I'm dispatched.

**[00:02:30] Swan**
And I'm, I called the police out because I'm going to I'm going to file charges. I'm going to I'm going to take this to court because I have proof of this. I have proof this is part of an evil plan, obviously.

**[00:02:41] Holman**
Against.

**[00:02:42] Swan**
You, obviously. I mean, somebody call from my. Who call? Oh, no. Who called? I would like to know.

**[00:02:47] Holman**
Like I said.

**[00:02:48] Swan**
You cannot tell me who called.

**[00:02:50] Holman**
The sheriff's office and do a public information request, and then they can provide you that whole.

**[00:02:53] Swan**
Package. And when did this phone call? Because what's funny is when I pass those letters out. All the activities stopped. Yeah.

**[00:02:59] Holman**
Okay. Well, like I said. I mean, that's the reason I was here.

**[00:03:02] Swan**
Well, this is funny.

**[00:03:03] Holman**
This is all about letters and this and that. And they just wanted me to check on you and make sure you do.

**[00:03:07] Swan**
I not seem like I'm okay.

**[00:03:09] Holman**
You know, like I said, sometimes people are defective, abrasive with or hesitant to answer questions. So that's why I come up and ask, you know how many quarters make a dollar. Do you know who the current president is? Do you know where you're at?

**[00:03:19] Swan**
Yes, I know all those answers to those questions. Yeah.

**[00:03:22] Holman**
And you're you're eating. You're hydrating, taking care.

**[00:03:24] Swan**
I'm very I'm very well taken care of. Yes.

**[00:03:26] Holman**
All right. If you're okay, I'm going to walk right up there and get you a card.

**[00:03:28] Speaker1**
Yeah, I need a card. Thank you. So what? What is your department again? You're in the mental health. That's what. That's all you do.

**[00:04:08] Holman**
I'm part of the crisis intervention team.

**[00:04:09] Swan**
And so somebody thinks that somebody in my neighborhood called you or said I needed a mental health check.

**[00:04:15] Holman**
They just wanted me to check on you.

**[00:04:16] Swan**
That is so funny.

**[00:04:17] Holman**
So I. And I'm not saying that you need this, but I have to explain on the back of that car, there's resources.

**[00:04:22] Swan**
Should you. Oh my gosh. Yeah. No, I know what I.

**[00:04:24] Holman**
Need.

**[00:04:24] Swan**
You need. I'm going to get a lawyer because this is because the activity that I have proof of, this is not me making this up. Anyone can look at the media. You know what metadata is, right? I actually, you know, is there like, a a a computer forensic department in Montgomery County for when people hack into your emails?

**[00:04:42] Holman**
There's internet crimes against children. I do know they have that. As far as a specific like internet crimes, it would go to our detectives.

**[00:04:52] Swan**
Well, who is that? Because that's who I need to speak with.

**[00:04:54] Holman**
So it would just be our detectives.

**[00:04:56] Swan**
Well. Who, though? What? Do you have a name?

**[00:04:59] Holman**
So there's a whole bunch of detectives. And so if we type up a case, it gets forwarded. It gets forwarded to the detectives who can.

**[00:05:05] Swan**
Who can type a case up for me?

**[00:05:07] Holman**
Have they already done that?

**[00:05:07] Swan**

No, they have not. I actually have worked with a guy. Our officer. Detective. He's in precinct two. Okay. I've. I've not. Not on this particular situation, but I have done on a case that I helped with. It's a fraud case out of it was indeed fraud. Anyway so he's familiar with who I am. When this when this started up, I sent him an email and I with an outline of what I've discovered, and he responded and told me what I need to do. And he never questioned anything about the validity of what I'm saying. He takes everything I say is legitimate because I've worked with him before. And And so then I started the process. I made a phone call. Two officers came out, and all they told me to do was change my password. That's pretty much all they told me to do.

**[00:05:52] Holman**

And to add on to that, your Wi-Fi and all that, I would change your Wi-Fi username and your Wi-Fi.

**[00:05:56] Swan**

But I want to I want to get down to the bottom of it because what what's happened is I get the IP addresses of who has been in my my private email. So the IP address and it gives me the, the actual address of the location of where the IP address is. Yeah. And so that's what I did. I have a list of individuals. They all seem to be a part of the Democratic Party. They all seem to be part of a the HOA, like they all. That's just seems like a little clique around here. So but these are the people who came up on the on the data. So I wrote a letter very nicely. Very, very professional. Ask them to, you know, make some contact because 196 times 196 times. That's a lot in 30 days. Access my access my email 196 times. That's a lot. This is this is a pattern of activity, not just a one time you can see you can see the pattern of like it's very detailed. It's from Microsoft. You can see all the data. And so that's where I got these addresses from. And of course no one's going to admit it. You know no one's going to say, yeah, it was me doing it. No one's going to say that.

**[00:07:01] Holman**

And that's usually a problem that people have with the hacking and stuff is you have to get somebody either caught red handed on the computer right behind them, or say, yes, I did that.

**[00:07:08] Swan**

Well, it's an invasion of my privacy. And so this is legitimate. This is not because I have any mental health issue. But thank you for stopping by. And so how do I go about getting this started?

**[00:07:19] Holman**

Because so what I would do is I would get all of that information. I have it all together, a bit of it. Then you can call the non-emergency number and they'll dispatch somebody out.

**[00:07:26] Swan**

That's what they did already.

**[00:07:27] Holman**

They did.

**[00:07:27] Swan**

That. And he didn't take they didn't write a report.

**[00:07:31] Holman**

That you can try it.

**[00:07:32] Swan**

Again. So I just go down in person and do it.

**[00:07:33] Holman**

Maybe if you want you can go to the one of Conroe, or you can go to the office off of lakefront.

**[00:07:41] Swan**

Which one would be which one has a better like? I can't believe there isn't a unit that's just designed for this particular because there's, you know, everything is online now. You would think that there would be or we need that, you know.

**[00:07:51] Holman**

Well, maybe working on the mental health side I our department is so big I don't know everybody. So they're maybe welcome to call and ask. Just kind of run it down to dispatch what you have.

**[00:08:00] Swan**
And I mean do you want to see why do you want to see what I have just so you can scratch off? I have no mental issues. I'm good.

**[00:08:05] Holman**
With that. I see the dogs. I don't want to bother them. So. But you're good. I'm going to clear back out. And like I said, if you ever need us for anything, you've got the car.

**[00:08:13] Swan**
Well, I want to get it. I want to find out who did this. So what do I. I do a freedom of information.

**[00:08:17] Holman**
Freedom of information?

**[00:08:18] Swan**
Do I have to go down in person to do that?

**[00:08:19] Holman**
I believe you do.

**[00:08:20] Swan**
Yes. Okay. And what do I say? I just I need to.

**[00:08:23] Holman**
You can tell them. Give them your address here. Yeah. And tell them that you want information on all the calls from here. And they'll be able to.

**[00:08:30] Holman**
Tell you, and I'll be able to get the name and find out who.

**[00:08:32] Swan**
Did it.

**[00:08:33] Swan**
To you. All right. Well, thank you so much.

**[00:08:34] Holman**
You're up with.

**[00:08:34] Swan**
This. Okay? Okay, thanks. Have a good day. You're welcome. Bye bye.

**END OF TRANSCRIPT**



Automated transcription by Sonix
www.sonix.ai