

# B. D. Griffin
County Attorney
Montgomery County

501 N. Thompson  
Suite # 300  
Conroe, Texas 77301

936/539-7828  
Fax: 936/760-6920

**OPEN RECORDS DIVISION**

July 12, 2024

The Honorable Ken Paxton  
Office of the Attorney General  
***Attn: Open Records Division***  
Post Office Box 12548  
Austin, Texas 78711-2548

Re: Open Records Request File 24PIA281

Dear Attorney General Paxton:

      On June 24, 2024, Montgomery County Constable Precinct 3 received the enclosed written request for information. Please note both the Montgomery County Attorney's Office and the Montgomery County Constable Precinct 3 were closed July 4, 2024 for the holiday.  Please note Montgomery County was closed July 8- July 11 due to Hurricane Beryl.   The information requested is excepted from disclosure pursuant to Section 552.108 of the Government Code. We have attached a memorandum brief, the request letter, and the responsive documents. Please provide us with an opinion in this matter.

                    Sincerely,

                    MONTGOMERY COUNTY ATTORNEY'S OFFICE

                    Elizabeth Marx  
                    Assistant County Attorney

Enclosures

cc: Deborah Swan



# B. D. Griffin
County Attorney
Montgomery County

501 N. Thompson  
Suite # 300  
Conroe, Texas 77301

936/539-7828  
Fax: 936/760-6920

**BRIEF IN MEMORANDUM**

On June 24, 2024, Montgomery County Constable Precinct 3 received the enclosed written request for information. *See* Exhibit A. Please note both the Montgomery County Attorney's Office and the Montgomery County Constable Precinct 3 were closed July 4, 2024 for the holiday. Please note Montgomery County was closed July 8- July 11 due to Hurricane Beryl. The requestor, Deborah Swan, has asked for information regarding incident no. 24E023844. The information responsive to this request is attached as Exhibit B.

The requested information has not been released because the information is excepted from public disclosure pursuant to Section 552.108(a) of the Government Code. Section 552.108(a) provides that:

> *(a) Information held by a law enforcement agency or prosecutor that deals with the detection, investigation, or prosecution of crime is excepted from the requirements of Section 552.021 if:*
>
> *(1) release of the information would interfere with the detection, investigation, or prosecution of crime;*
>
> *(2) it is information that deals with the detection, investigation, or prosecution of crime only in relation to an investigation that did not result in conviction or deferred adjudication;*
>
> *(3) it is information relating to a threat against a peace officer or detention officer collected or disseminated under Section 411.048; or*
>
> *(4) it is information that:*
>
>> *(A) is prepared by an attorney representing the state in anticipation of or in the course of preparing for criminal litigation; or*
>>
>> *(B) reflects the mental impressions or legal reasoning of an attorney representing the state.*

TEX. GOV'T CODE § 552.108

The requested information provided as Exhibit B relates to an investigation conducted by Montgomery County Constable Precinct 3 that did not result in conviction or deferred adjudication. *See* Exhibit B. Therefore, Section 552.108(a)(2) is applicable and the documents should be withheld.

**Garner, Rachel**

| | |
|---|---|
| **From:** | Deborah Swan <swansinvestigations@gmail.com> |
| **Sent:** | Monday, June 24, 2024 12:00 PM |
| **To:** | Garner, Rachel |
| **Subject:** | Re: [External] Re: [External] Public Information Request |

RECEIVED JUN 24 2024 BY:

24E023844

Thanks again for your help.
The address is 1318 Chesterpoint Dr, Spring, TX 77386.
The time frame would be between 2004 and 2024.

Deborah Swan

On Mon, Jun 24, 2024 at 11:58 AM Garner, Rachel <rachel.garner@mctx.org> wrote:

> Please provide an address, timeframe and persons involved. Thank you.
>
> **From:** Deborah Swan <swansinvestigations@gmail.com>
> **Sent:** Monday, June 24, 2024 11:43 AM
> **To:** Garner, Rachel <rachel.garner@mctx.org>
> **Subject:** [External] Re: [External] Public Information Request
>
> CAUTION: This email originated from outside of Montgomery County, Texas! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!
>
> Thank you for your response.
>
> Please provide any reports made by W. Shields.
>
> Thank you in advance,
>
> Deborah Swan
>
> On Mon, Jun 24, 2024 at 9:30 AM Garner, Rachel <rachel.garner@mctx.org> wrote:
>
>> Good morning,

1

Exhibit A



# MONTGOMERY COUNTY CONSTABLE, PRECINCT 3

Deputy Report for Incident 24E023844

**Nature:** INFORMATION  
**Location:** SOC31  
**Address:** 1318 CHESTERPOINT DR SPRING TX 77386

**Offense Codes:** AAMC  
**Statute Codes:**  
**Received By:** SHIELDS W   **How Received:** O   **Agency:** CON3  
**Responding Officers:** SHIELDS W, HOLMAN JR. H  
**Responsible Officer:** SHIELDS W   **Disposition:** NCI 06/14/24  
**When Reported:** 11:48:33 06/07/24   **Occurred Between:** 11:48:33 06/07/24 and 11:48:33 06/07/24

**Assigned To:**   **Detail:**   **Date Assigned:** \*\*/\*\*/\*\*  
**Status:**   **Status Date:** \*\*/\*\*/\*\*   **Due Date:** \*\*/\*\*/\*\*

**Complainant:**

**Last:**   **First:**   **Mid:**  
**DOB:** \*\*/\*\*/\*\*   **Dr Lic:**   **Address:**  
**Phone:**   **Race:**  **Sex:**   **City:** ,

## Offense Codes

**Reported:**   **Observed:** AAMC OFFENSE NOT UCR VALID  
**Additional Offense:** AAMC OFFENSE NOT UCR VALID

## Statute Codes

## Circumstances

BM88 NO BIAS

**Responding Officers:**   **Unit :**  
    SHIELDS W   83R32  
    HOLMAN JR. H   M2002

**Responsible Officer:** SHIELDS W   **Agency:** CON3  
**Received By:** SHIELDS W   **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*  
**How Received:** O OFFICER   **Clearance:** REP SEE REPORT  
**When Reported:** 11:48:33 06/07/24   **Disposition:** NCI **Date:** 06/14/24



06/26/24 Exhibit B

| | | | |
|---|---|---|---|
| **Judicial Status:** | INF | **Occurred between:** | 11:48:33 06/07/24 |
| **Misc Entry:** | NA | **and:** | 11:48:33 06/07/24 |
| **CAD Call ID:** | C24393354 | | |

| **Modus Operandi:** | **Description :** | **Method :** |
|---|---|---|
| SCENE | TYPE OF CRIME SCENE | SINGLE-FAM RESIDENCE |

**Cad Comments:**

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 06/14/24 | Name | SWAN, DEBORAH KAY | SUSPECT |
| 06/14/24 | Name | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | REPORTEE |
| 06/07/24 | Cad Call | 11:48:33 06/07/24 INFORMATION | Initiating Call |

**Narrative**

```
Deputy dispatched to Information call.  Report created for information only.
```

_____

Responsible LEO:

_____

Approved by:

_____

Date

**Supplement**

```
Initial Patrol Report:   Possible mental health issue.


Scene Summary:
The scene is described as [REDACTED].  This location is a two-story
residence on the south side [REDACTED] hat runs east and west.  This is the
address of the reportee.  The residence of the suspect is at 1318 Chesterpoint.
Deputy did not go to this location.  Both residences are within Montgomery
County and the Precinct 3 Imperial Oaks contract.


Narrative:
On 06-07-2024 I, Deputy W. Shields, was sent a voicemail by Sgt. Espinosa of the
reportee calling to the office in regards to a letter that had been placed in
her mailbox and she had no idea what it was in regards to.  Sgt. Espinosa asked
me to speak with the caller.  I then put myself out on an Information call at
the reportee's address at 1148 hours.

I spoke with the reportee, later identified as [REDACTED], and learned that
that the suspect, later identified as Deborah Swan, had left a typed, signed
letter in her mailbox as well the mailboxes of several of her neighbors accusing
her of accessing her email.  I can only assume she accuses the neighbors of
doing the same thing.  Upon looking at the letter and seeing the name signed at
the bottom I checked the name and found her to have been arrested for Driving
While License Invalid and for Issuing a Bad Check.  I also recognized her from a
previous interaction in which she wanted to know about "satanic gangs" in the
area.  I informed her in 23 years of law enforcement experience I had never
encountered a "satanic gang" which baffled her.  She stated that I was the first
police officer to tell her that.  I had my doubts as to the actual existence of
these other police officers.  I then informed [REDACTED] to disregard the letter
and that if Deborah showed up at her house to keep the door locked and call law
enforcement. I asked her to advise her neighbors to do the same thing.  I told
her that this person may have mental health issues and that we would deal with
the situation.

I then had dispatch ask for a mental health unit to call me. M2002/Deputy Holman
called me and I advised him of the situation and asked for him to go by
Deborah's residence and try to speak with her to assess her mental condition.
He did and called me back.  He advised that she was severely delusional and
thought that democrats were spying on her.  He advised that in order to come out
of her house to speak with him she had to put on a Donald Trump hat to protect
herself.  He did not find that an emergency detention order was warranted at the
time of the interview.

I had dispatch put a caution on Deborah's address of 1318 Chesterpoint to advise
other deputies that she had mental health issues and that she had large dogs at
the location.  On 06-14-2024 I was contacted by Lt. Glaze and asked to complete
this report to begin to document our interactions with Deborah.  I then went
back to [REDACTED] house and retrieved a copy of the letter left by Deborah.  I
later attached it to this report.


Disposition:
For information only.
```

End of report.

Deputy Report for Incident 24E023844  Page 6 of 6

## Name Involvements:

**SUSPECT :** 46362

| | | |
|---|---|---|
| **Last:** SWAN | **First:** DEBORAH | **Mid:** KAY |
| **DOB:** ▮ | **Dr Lic:** ▮ | **Address:** 1318 CHESTERPOINT DR |
| **Phone:** ▮ | **Race:** W  **Sex:** F | **City:** SPRING, TX 77386 |
| **Cell Phone:** | **Work Phone:** ( ) - | **Employer:** STUDENT |
| **Local ID:** SIC 04258296 | | |

**REPORTEE :** ▮

| | | |
|---|---|---|
| **Last:** ▮ | **First:** ▮ | **Mid:** ▮ |
| **DOB:** ▮ | **Dr Lic:** ▮ | **Address:** ▮ |
| **Phone:** ▮ | **Race:** ▮  **Sex:** ▮ | **City:** SPRING, TX 77386 |
| **Cell Phone:** | **Work Phone:** | **Employer:** |
| **Local ID:** | | |

06/26/24

## AFFIDAVIT FOR BUSINESS RECORDS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

BEFORE ME, the undersigned authority, personally appeared REBA GEORGE, who, being by me duly sworn, deposed as follows:

"My name is <u>REBA GEORGE</u>. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated, which are true.

"I am the custodian of the records of <u>the Montgomery County Attorney's Office - Open Records Division</u>. Attached hereto are <u>nine (9)</u> pages of records from <u>Open Records Request File #24PIA281</u>, maintained by <u>the Montgomery County Attorney's Office</u>. These said records are kept in the regular course of business, and it is the regular course of business of <u>the Montgomery County Attorney's Office</u> for an employee or representative with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record. The record was made at or near the time or reasonably soon thereafter. The attached records are an exact duplicate of the original and are a true and correct copy, except for the redacted information, which is denoted by black boxes."

_____
Affiant, Reba George

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF MONTGOMERY | § |

SIGNED under oath before me on the  15  day of  September , 2025.



SONIA VAZQUEZ
NOTARY PUBLIC, STATE OF TEXAS
Notary ID #12973328-9
Expires March 04, 2026

_____
Notary Public, State of Texas