United States Courts
Southern District of Texas
F I L E D

SEP 19 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Deborah Swan,
Plaintiff,

v.

Deputy Walter Shields, et al.,
Defendants.

Civil Action No. 4:25-cv-0279

**PLAINTIFF'S NOTICE PRESERVING
MONTGOMERY COUNTY CONSTABLES PCT 3  STATUS**

Plaintiff, **Deborah Swan**, respectfully provides this Notice to preserve the record:

1. **Improper Omissions by Counsel.**

   Defense counsel has filed pleadings omitting "Montgomery County" and "Montgomery County Constable Precinct 3" from the case caption, contrary to SDTX Local Rule 10.1. These omissions are attempts to mislead the Court and do not remove these defendants from the case.

2. **Clerical Captions in Court Orders.**

   At times, docket entries or orders have mirrored defense counsel's incomplete captions. No order of dismissal has ever been entered against Montgomery County or Constable Precinct 3.

### 3. Defendants Remain Parties of Record.

All defendants named and served remain parties. Caption defects are clerical, not substantive. See *Bell v. Tri-City Hosp. Dist.*, 196 Cal. App. 3d 438, 449 (1987).

## CONCLUSION

This Notice preserves for appeal that Montgomery County and Montgomery County Constable Precinct 3 remain defendants of record. Any omission in captions is without legal effect.

Respectfully submitted,

**Deborah Swan**
Pro Se Plaintiff
1318 Chesterpoint Drive
Spring, Texas 77386
justiceguard@proton.me

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2025, a true and correct copy of the foregoing Defendants Have Waived Objections to Claims Against the Constable's Office was served upon the following parties by electronic filing via CM/ECF and/or email:

Daniel Plake
Assistant District Attorney
Montgomery County Attorney's
Office Email: daniel.plake@mctx.org
Attorney for Defendant Deputy W. Shields

2 OF 2