UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH SWAN, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-02799 |
| DEPUTY WATER SHIELDS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Deborah Swan's Motion to Say Proceedings pending resolution of her petition for a Writ of Mandamus to the Fifth Circuit. ECF No. 108. Plaintiff requests that the Court stay the instant case pending resolution of her petition to the Fifth Circuit or, in the alternative, reconsider its ruling on Plaintiff's Motion for Default Judgment Against Defendants Montgomery County and Montgomery County Constable's Office (ECF No. 90).

Plaintiff's motion is **DENIED**. The Court does not believe that a stay is necessary to conserve judicial resources and a hearing on Defendants' Motion to Dismiss is currently scheduled for November 19, 2025. This order does not impact Plaintiff's petition to the Fifth Circuit. The Court also declines to reconsider its prior ruling on Plaintiff's Motion for Default Judgment.

**IT IS SO ORDERED.**

Signed at Houston, Texas on November 12, 2025.

Keith P. Ellison
United States District Judge

1 / 1