UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Deborah Swan, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-2799 |
| | § | |
| Deputy W. Shields, individually and in | § | |
| his official capacity, | § | |
| *Defendants.* | § | |

DEFENDANTS' MOTION TO STRIKE DOCUMENTS 114, 115, AND 116

TO THE HONORABLE KEITH P. ELLISON:

Defendants file this Motion strike documents 114, 115, and 116 for exceeding the page limits without permission of this Court.

Swan continues her unnecessary and duplicative voluminous pleadings assault on Defendants by filing additional pleadings far exceeding the page limits, without first obtaining leave.

In response to Defendants' September 22, 2025 Motion to Dismiss, Swan filed:

1.  13 page judicial notice (doc. 77),

2.  3 page judicial notice (doc. 78),

3.  2 page notice (doc. 79),

4.  4 page objection (doc. 80),

5.  4 page motion to strike (doc. 82),

6.  5 page motion to strike (doc. 83),

7.  6 page objection (doc. 84),

8.  9 page response (doc. 85),

9.  3 page objection (doc. 92),

10. 8 page affidavit (doc. 97),

11. 5 page explanation of record (doc. 99),

12. 21 page affidavit (doc. 103),

13. 4 page objection (doc. 105),

14. 5 page correction of record (doc. 106),

15. 26 page objection (doc. 114),

16. 10 page judicial notice (doc. 115),

17. 9 page notice (doc. 116).

In short, in response to a single motion, Swan previously filed 14 documents totaling 92 pages, and today she filed an additional three documents totaling 45 pages, for a total of 137 pages.  Swan's pleadings well exceeding this Court's 25-page limit.

## PRAYER

The Defendants pray that this Court strike documents 114, 115, and 116. The Defendants pray for all other relief to which they may be entitled.

Respectfully submitted,

BY:  s/ Daniel Plake
Daniel Plake
Assistant County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson St. Suite 100
Conroe, TX 77301

Phone:        (936) 539-7828
Facsimile:    (936) 538-8079
ATTORNEY FOR
DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 121, 2025 a true and correct copy of the foregoing instrument was forwarded *via* electronic delivery pursuant to the local rules or United States Mail pursuant to Federal Rule of Civil Procedure to the following:

Deborah Swan
1318 Chesterpoint Drive
Spring, Texas 77386
justiceguard@proton.me
swaninvestigations@gmail.com
*Pro se plaintiff*

s/ Daniel Plake_____