UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Deborah Swan, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-2799 |
| | § | |
| Deputy W. Shields, individually and in his official capacity, | § | |
|     *Defendants.* | § | |

ORDER

On this day, the Court considered Defendants' motion to strike documents 114, 115, and 116. After review the pleadings and arguments the Court FINDS that Swan exceeded this Court's page limit by filing 137 pages in response to a single motion without leave of the Court. The Court therefore GRANTS the motion and ORDERS documents 114, 115, and 116 stricken from the record.

Signed _____, 2025

_____
KEITH P. ELLISON
United States District Court Judge